JONES DAY
Liat L. Yamini, Bar No. 251238
lyamini@jonesday.com
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071.2452
Telephone:  +1.213.489.3939
Facsimile:  +1.213.243.2539

Aileen H. Kim, Bar No. 324522
aileenkim@jonesday.com
3161 Michelson Drive
Suite 800
Irvine, California 92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA WILLIAMS, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation, ANDREW KERN, an individual; and DOES 1 - 100, inclusive,<br><br>  Defendants. | Case No. 24-cv-001203-WBS-DB<br><br>**STIPULATION AND ORDER TO ARBITRATE AND TO STAY CASE** |

Plaintiff Trina Williams ("Plaintiff") and Defendant United Parcel Service, Inc. ("UPS") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. On March 19, 2024, Plaintiff filed a Complaint in state court against UPS and Andrew Kern ("Mr. Kern") in San Joaquin County Superior Court, Case No. STK-CV-UWT-2024-3443, *Trina Williams, Plaintiff v. United Parcel Service, Inc.; Andrew Kern; and DOES 1 through 100, inclusive, Defendants*.

2. On April 25, 2024, UPS timely removed the state court action to this Court.

3. As of today's date, UPS is the only defendant who has appeared. Mr. Kern has not yet been served with the Summons and Complaint.

4. Plaintiff and UPS met and conferred, and jointly agree that two enforceable arbitration agreements exist between the Parties. Plaintiff agrees to voluntarily initiate Arbitration in accordance with the arbitration agreements.

5. The Parties agree to engage in a good-faith discussion to resolve this case via private mediation prior to the initiation of arbitration (i.e., the filing and service of an arbitration demand in accordance with the terms of the arbitration agreements).

6. The Parties agree to have Arbitration administered by ADR Services, Inc. pursuant to its then-current Arbitration Rules; provided however, that if there is a conflict between the Arbitration Rules and the arbitration agreements, the arbitration agreements shall govern. In so agreeing, the Parties intend to modify their prior agreement set forth in the arbitration agreements to have Arbitration administered by the American Arbitration Association and to follow the rules of the then-current AAA Employment Arbitration Rules ("AAA Rules"). All references to "AAA Rules" in the arbitration agreements shall hereinafter refer to ADR Services' Arbitration Rules.

7. The Parties agree to conduct discovery in accordance with the Code of

Civil Procedure, provided that each Party may not exceed 75 combined written discovery requests in the absence of mutual stipulation or leave from the Arbitrator, with a limit of 30 of those written discovery requests being allotted to document requests (i.e., requests for production). In all other respects, the discovery procedures and limitations set forth in the arbitration agreements shall remain unchanged, including the limitation of two individual fact witness depositions per party.

8. Plaintiff and UPS agree to stay this action in its entirety, including as to Mr. Kern, pending completion of Arbitration. This includes vacating all the dates and deadlines set forth in the Court's Order Re: Status (Pretrial Scheduling) Conference, ECF No. 8.

9. If the Parties resolve the case prior to Arbitration, Plaintiff will seek to dismiss this case in accordance with the terms of any settlement. If the case proceeds to Arbitration, Plaintiff and UPS will provide the Court with an update on the Arbitration proceedings within 14 days of completion of the Arbitration proceedings.

**IT IS SO STIPULATED.**

Dated: July 15, 2024              JONES DAY

By: */s/ Liat L. Yamini*
    Liat L. Yamini
    Aileen H. Kim

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

| | | |
|---|---|---|
| 1 | Dated: July 15, 2024 | KOUL LAW FIRM, APC |
| 2 | | |
| 3 | | By: */s/ Nazo Koulloukian* |
| 4 | | Nazo Koulloukian<br>Amir Mahdavi-Pour |
| 5 | | Attorneys for Plaintiff TRINA WILLIAMS |

STIPULATION AND [PROPOSED] ORDER TO ARBITRATE
Case No: 24-cv-001203-WBS-DB

1
2   **IT IS SO ORDERED.**
3
4   Dated:  July 15, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# ECF CERTIFICATION

I, Liat L. Yamini, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 15th day of July 2024, at Los Angeles, California.

Dated:  July 15, 2024                              JONES DAY


By: */s/ Liat L. Yamini*
    Liat L. Yamini

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.