UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRINA WILLIAMS, an individual, | No. 2:24-cv-1203 WBS SCR |
| Plaintiff, | |
| v. | ORDER |
| UNITED PARCEL SERVICE, INC., an Ohio corporation, ANDREW KERN, an individual, and DOES 1 - 100, inclusive, | |
| Defendants. | |

----oo0oo----

        This employment discrimination case was originally filed in the San Joaquin County Superior Court and removed to this court on April 25, 2024, based on diversity of citizenship. (Docket No. 1.)  Shortly thereafter, on November 20, 2024, plaintiff's attorney moved to withdraw as counsel of record. (Docket No. 15.)  On January 3, 2025, the court denied counsel's motion to withdraw without prejudice.  (Docket No. 19.)  On

1

January 16, 2025, plaintiff's attorney filed a new motion to withdraw (Docket No. 20), which still fails to adequately address the questions which the court noted must be considered.

The court will hear the motion at the time and place noticed, on Monday, March 3, 2025, at 1:30 p.m., in Courtroom 5, on the 14th floor, of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California. As explained in the court's previous Order, personal appearance by plaintiff's counsel, and by plaintiff herself, is required. (Docket No. 19.) Counsel for defendants need not attend unless they voluntarily choose to do so. No Zoom or telephonic appearances will be permitted.

The court notes that on July 16, 2024, the court approved the parties' Stipulation and Order to Arbitrate and to stay this case. (Docket No. 11.) At the hearing on March 3, counsel shall be prepared to discuss how that Order may affect, and be affected by, the pending motion.

IT IS SO ORDERED.

Dated: February 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE