# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| TRINA WILLIAMS, an individual,<br>Plaintiff (s),<br>V.<br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; ANDREW KERN, and individual; and DOES 1 through 100, inclusive,<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:24-cv-01203-WBS-SCR |

Notice is hereby given that, subject to approval by the court, __UNITED PARCEL SERVICE, INC.__ substitutes
(Party (s) Name)

__Robert D. Prine__, State Bar No. __312432__ as counsel of record in place
(Name of New Attorney)

place of __Aileen H. Kim and Liat L. Yamini__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Dinsmore & Shohl LLP

Address: 655 W. Broadway, Ste. 800, San Diego, CA 92101-8482

Telephone: 619-400-0500     Facsimile 619-400-0501

E-Mail (Optional): Robert.Prine@dinsmore.com

I consent to the above substitution.                    Shannon Baisden

Date: 04/18/2025                                         /s/ Shannon Baisden
                                                          (Signature of Party (s))

I consent to being substituted.                          /s/ Liat L. Yamini

Date: 04/21/2025                                         /s/ Aileen H. Kim
                                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 04/18/2025                                         /s/ Robert D. Prine
                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: April 24, 2025

*William B. Shubb (signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**